# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **EDWIN JUNIOR WATSON,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No.: 4:12-cv-02709-WMA-JEO |
| ) | |
| **ERIC HOLDER, et al.,** ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OPINION

This case is before the court on Respondents' Motion to Dismiss as Moot (doc. 14), filed November 1, 2013. In their motion, Respondents note that Petitioner was removed from the United States on October 31, 2013. (Doc. 10-1). Because Petitioner has been removed, the court can no longer provide him with meaningful relief. Thus, the court finds that the petition for writ of habeas corpus is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003). Accordingly, Respondents' motion to dismiss as is due to be granted and the petition is due to be dismissed without prejudice. A separate Order will be entered.

DONE this 5th day of November, 2013.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE